IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID ALLEN CRAWFORD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-cv-1176-K (BT) |
| | § | |
| UNITED STATES OF AMERICA, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The plaintiff's claims for injunctive relief are **DISMISSED WITHOUT PREJUDICE** as moot, and the plaintiff's claims under *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915A and 1915(e).

**SO ORDERED.**

**Signed January 28th, 2025.**

_Ed Kinkeade_
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**