IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID ALLEN CRAWFORD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-cv-1176-K (BT) |
| | § | |
| UNITED STATES OF AMERICA, et | § | |
| al. | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. The United States of America's Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) (ECF No. 22) is **GRANTED**.

Plaintiff David Crawford's Federal Tort Claims Act (FTCA) claims related to his right ankle are **DISMISSED WITHOUT PRJUDICE** for lack of subject matter jurisdiction.

1

Plaintiff's FTCA claims related to his left ankle occurring before June 13, 2020, are **DISMISSED WITH PREJUDICE** as untimely.

**SO ORDERED.**

**Signed March 18th, 2026.**

_Ed Kinkeade_

**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**